1  LEWIS J. SOFFER (Bar No. 83907)
   MILLER STARR REGALIA
2  A Professional Law Corporation
   1331 N. California Blvd., Fifth Floor
3  Post Office Box 8177
   Walnut Creek, California  94596
4  Telephone:    925 935 9400
   Facsimile:    925 933 4126
5  Email: Lewis.Soffer@msrlegal.com

6  Attorneys for Defendants
   DIRECTORY ASSISTANTS, INC., RICHARD
7  SICA, and DAVID M. FORD

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | HI-TECH TERMITE CONTROL OF THE BAY AREA, INC., a California Corporation, | Case No. C12-4212 MMC
12 | | [Proposed] IN PART ORDER GRANTING EXTENSION OF TIME
13 | Plaintiff, | FOR ~~THE~~ FILING RESPONSIVE PLEADINGS
14 | v. |
15 | DIRECTORY ASSISTANTS, INC.; RICHARD SICA, an individual; DAVID M. FORD, an individual; and DOES 1-25, |
17 | Defendants. |

18     The Court having reviewed and considered the application of defendants
19 DIRECTORY ASSISTANTS, INC., RICHARD SICA, and DAVID M. FORD (collectively,
20 "Defendants") for an extension of time for the filing of responsive pleadings, and ~~good cause~~
21 ~~appearing,~~  plaintiff's response thereto,
22     IT IS HEREBY ORDERED that the motion be, and hereby is, ~~granted.~~ granted in part.
23 Defendants shall file responsive pleadings on or before September 21, 2012.
24
25 Dated: August 24, 2012
26
27                                         _____
                                           Hon. Maxine M. Chesney
                                           Judge of the United States District Court
28

DASI\50496\880586.1                -1-              ORDER GRANTING EXTENSION OF TIME
                                                              Case No. C12-4212 MMC

ORDER GRANTING EXTENSION OF TIME FOR THE FILING RESPONSIVE PLEADINGS