IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI-TECH TERMITE CONTROL OF THE BAY AREA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRECTORY ASSISTANTS, INC., et al., <br><br> Defendants. | No. C-12-4212 MMC <br><br> **ORDER VACATING OCTOBER 26, 2012 HEARING ON PLAINTIFF'S MOTION TO REMAND; DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

Before the Court is plaintiff Hi-Tech Termite Control of the Bay Area, Inc.'s "Notice of Settlement," filed September 21, 2012, by which plaintiff reports that the parties to the above-titled action have reached a settlement in principle.

In light of the parties' settlement in principle, the October 26, 2012 hearing on plaintiff's motion to remand is hereby VACATED. Further, the parties are DIRECTED to file, no later than October 29, 2012, a Joint Status Report to apprise the Court as to the status of the parties' settlement.

**IT IS SO ORDERED.**

Dated: October 16, 2012

MAXINE M. CHESNEY
United States District Judge